B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of New Hampshire

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fred Fuller Oil & Propane Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**02-0433137** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12 Tracy Lane**<br>**Hudson, NH**                        ZIP Code **03051** | Street Address of Joint Debtor (No. and Street, City, and State):                        ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                        ZIP Code | Mailing Address of Joint Debtor (if different from street address):                        ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>   *See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>   check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>   in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>   defined in 11 U.S.C. § 101(8) as            business debts.<br>   "incurred by an individual primarily for<br>   a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>   attach signed application for the court's consideration certifying that the<br>   debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>   Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>   attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>   are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>   in accordance with 11 U.S.C. § 1126(b).<br>**Chapter 11 Debtors** |
|---|---|

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Fred Fuller Oil & Propane Co., Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Fred Fuller Oil & Propane Co., Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ William S. Gannon BNH 01222
Signature of Attorney for Debtor(s)

William S. Gannon BNH 01222 0892
Printed Name of Attorney for Debtor(s)

William S. Gannon PLLC
Firm Name

889 Elm Street, 4th Floor
Manchester, NH 03101
_____
Address

Email: bgannon@gannonlawfirm.com
603 621-0833
Telephone Number

November 10, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Fredrick J. Fuller
Signature of Authorized Individual

Fredrick J. Fuller
Printed Name of Authorized Individual

President
Title of Authorized Individual

November 10, 2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

\* CERTAIN CREDITORS OMITTED
PENDING COURT ORDER

Adams & Fogg Oil Equipment Company
309 us Rte 1
Falmouth, ME 04105

American Fidelity Assurance
P.O. Box 268805
Oklahoma City, OK 73126-8805

Anthem Life Insurance Company
Department L-8111
Columbus, OH 43268

Area News Group
17 Executive Drive Ste 1
Hudson, NH 03051

Attorneys At Law LLC
P.O. Box 1318
Concord, NH 03302-1318

Bergquist Inc-L
K A Bergquist Inc.
P.O. Box 67000
Detroit, MI 48267-2582

Blue Cow
50 Salem Street
Lynnfield, MA 01940

Boulia-Gorrell Lumber Co.
176 Fair Street
Laconia, NH 03246

Camerota Truck Parts
P.O. Box 1134
Enfield, CT 06083-1134

City of Laconia-Tax Collector
P.O. Box 489
Laconia, NH 03247

Clean Rentals Inc.
P.O. Box 63070
New Bedford, MA 02746

Comcast-H
P.O. Box 1577
Newark, NJ 07101-1577

Concentra
OHC of SW PA
P.O. Box 20127
Cranston, RI 02920

Concord Monitor
P.O. Box 1177
Concord, NH 03302-1177

Controls Inc
8001 Brownleigh Drive
Raleigh, NC 27617

Dawn Coppola
1345 Union Street
Manchester, NH 03104

Delta Dental
P.O. Box 9566
Manchester, NH 03108

Deluxe
P.O. Box 742572
Cincinnati, OH 45274-2572

Donovan Equipment Co Inc
6 Enterprise Drive
Londonderry, NH 03053

Donovan Spring Co Inc
6 Enterprise Drive
Londonderry, NH 03053

Dufresne & Lekas LLC
12 Parmenter Road
Londonderry, NH 03053

E Butterworth & Co Inc
17 Friars Drive Unit 15
Hudson, NH 03051

Energy Kinetics Inc
103 Molasses Hill Road
Lebanon, NJ 08833

Eprint Inc
10 A Rebel Road
Hudson, NH 03051-0326

Fairpoint
P.O. Box 11021
Lewiston, ME 04243-9472

```
FASTENAL COMPANY
P.O. BOX 978
Winona, MN 55987-0978

Fisher Auto Parts
P.O. Box 2246
Staunton, VA 24402

Fleetpride Inc
P.O. Box 281811
Atlanta, GA 30384

Fred Fuller
1345 Union Street
Manchester, NH 03104

Freightliner of NH Inc
P.O. Box 1440
Londonderry, NH 03053

G H Berlin Oil Company-V
42 Rumsety Road
East Hartford, CT 06108

Glacial Energy
P.O. Box 20277
Waco, TX 76702

Grainger
Dept 805953791
Palatine, IL 60038-0001

Granite State Glass-V
4 Aviation Way
Gilford, NH 03249

Grappone Companies
P.O. Box 1200
Concord, NH 03302-1200

Hall Trask Equipment Co
105 Roc Sam Park Road
Braintree, MA 02184

Harvard Pilgrim Health Care Inc
P.O. Box 970050
Boston, MA 02297-0050

Irving
P.O. Box 11013
Lewiston, ME 04243

J A MARINO AUTOMATIC HEATING SUPPLY
80 MAPLE STREET
Manchester, NH 03103
```

Liturgical Publications Inc
5 Progress Drive
Cromwell, CT 06416-1035

Maine Oxy
22 Albiston Way
Auburn, ME 04210

Metropolitan Life Insurance Co
P.O. Box 37652
Philadelphia, PA 19101-7652

NAPA2
580 Union Ave
Laconia, NH 03246

NATIONAL INTERSTATE INSURANCE
P.O. BOX 547
Richfield, OH 44286-0547

Neopost -Postage-Statement
P.O. Box 30193
Tampa, FL 33630

New Boston Bulletin
74 Thornton Road
New Boston, NH 03070

NH Department of Revenue
P.O. Box 454
Concord, NH 03302

NHMTA
P.O. Box 3898
Concord, NH 03302-3898

North of Boston Media Group
P.O. Box 100
Lawrence, MA 01842

Nutfield Publishing LLC
Londonderry, NH 03053


P&E Supply
1540 Main Street
Sanford, ME 04073

Peabody Supply Company
P.O. Box 669
Peabody, MA 01960-7669

PSNH
P.O. Box 650047
Dallas, TX 75265-0047

Quirk
dba Quirk Auto Dealerships
1250 S Willow St
Manchester, NH 03103

Ray Murray Inc
Dept 1120
P.O. Box 4110
Woburn, MA 01888-4110

Raymond C. Green Funding, LLC
111 Huntington Avenue
Suite 600
Boston, MA 02199

Redlon & Johnson
P.O. Box 698
Portland, ME 04104

Rexel
P.O. Box 416443
Boston, MA 02241-6443

Salmon Press
P.O. Box 729
Meredith, NH 03253

Sanel Auto Parts Co
P.O. Box 504
Concord, NH 03302-0504

Senior Beacon
P.O. Box 904
Milford, NH 03055

Smithfield Plumbing & Heating
1 Austin Avenue
Greenville, RI 02828

Sprague Energy
Box 847887
Boston, MA 02284-7887

Sprague Operating Resources LLC
2 International Drive
Suite 200
Portsmouth, NH 03801

Sullivan Tire Companies
P.O. Box 370
Rockland, MA 02370-0370

Tarantin Tank & Equipment Co
86 Venderveer Road
Freehold, NJ 07728

```
Tax Collectro-Bridgewater
297 Mayhew Turnpike
Bridgewater, NH 03222

Telogis-V
P.O. Box 844183
Los Angeles, CA 90084-4183

The Andover Beacon
P.O. Box 149
Andover, NH 03216

The Cabinet Press Inc.
17 Executive Drive
Hudson, NH 03051-4933

The Citizen of Laconia
171 Fair Street
Laconia, NH 03246

The Granite Group
P.O. Box 2004
Concord, NH 03302-2004

The Pennysaver Inc
607 Tenney Mtn Hwy
Suite 137
Plymouth, NH 03264

The Portland Group
P.O. Box 583
Framingham, MA 01702-0583

The Suncook Valley Sun
P.O. Box 156
Pittsfield, NH 03263

Town of Goffstown-Taxes
Tax Collector
16 Main Street
Goffstown, NH 03045-1739

Town of Hudson-Tax Collector
12 School Street
Hudson, NH 03051

Town of Milford-Taxes
Real Estate Tax
P.O. Box 981036
Boston, MA 02298

Town of Northfield-Taxes
21 Summer Street
Northfield, NH 03276
```

```
Trask Petroleum Equipment Co
800 Elmwood Avenue
Providence, RI 02907

Tri State Truck Center Inc
Interstate Billing Svc
P.O. Box 2208
Decatur, AL 35609

VERIZON WIRELESS
P.O. BOX 15062
Albany, NY 12212-5062

W/M Cheshire
P.O. Box 13648
Philadelphia, PA 19101-3648

W/M of NH-Londonderry
P.O. Box 13648
Philadelphia, PA 19101

W/M of NH-New Hampton
P.O. Box 13648
Philadelphia, PA 19101

WB Mason
P.O. Box 981101
Boston, MA 02298-1101

Windward Petroleum, Inc.
1064 Goffs Falls Road
Manchester, NH 03103

Wurth USA Inc
P.O. Box 415889
Boston, MA 02241

Zep Manufacturing Company
P.O. Box 3338
Boston, MA 02241-3338
```

# United States Bankruptcy Court
### District of New Hampshire

In re  **Fred Fuller Oil & Propane Co., Inc.**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Fred Fuller Oil & Propane Co., Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 10, 2014**  
Date

**/s/ William S. Gannon BNH 01222**  
**William S. Gannon BNH 01222**  
Signature of Attorney or Litigant  
Counsel for  **Fred Fuller Oil & Propane Co., Inc.**  
**William S. Gannon PLLC**  
**889 Elm Street, 4th Floor**  
**Manchester, NH 03101**  
**603 621-0833**  
**bgannon@gannonlawfirm.com**